IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAMERON HARRIS,

    Defendant.

Case No. 3:17cr001

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING MOTION FOR EXPUNGEMENT;
REASONING SET FORTH; SUGGESTION TO DEFENDANT

---

Defendant's January 4, 2023, Motion for Expungement of his prior criminal record is, regretfully, OVERRULED, due to the fact that there is no expungement recognized under federal criminal law.

This Court congratulates Mr. Harris for the positive steps that he has made since his release from supervision. Although I have no jurisdiction (power) to order the expungement of his record, he may well be eligible for expungement under state law, should he have any state (as opposed to federal) convictions. If not eligible for expungement under state law, he has the right to go before his sentencing judge, in the relevant Common Pleas Court, in order to seek a Certificate of Qualification for Employment (CQE), which allows the state court judge to recognize the progress Mr. Harris has made in his life and recognize such progress by means of a certificate which employers often accept, even from persons with a past felony record. This Court's suggestion is that he, Mr. Harris, first contact the state public defender's office for possible assistance with expunging any state criminal conviction.

March 9, 2023

/s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record